UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

In the Matter of the Application of

Oleg Vladimirovich Deripaska, for an order, pursuant
to 28 U.S.C. § 1782, to obtain discovery from
Alexandra Kogan and JPMorgan Chase Bank for use in
an action pending in the High Court of Justice, Queen's
Bench Division, Commercial Court, styled *Michael
Cherney v. Oleg Vladimirovich Deripaska.*

Misc. No.: 11-0537 (ENV)

---

## STIPULATION AND [PROPOSED] ORDER

**WHEREAS** on July 20, 2011, Oleg Vladimirovich Deripaska ("Deripaska") filed an

application for an order pursuant to 28 U.S.C. § 1782 to obtain discovery from Alexandra Kogan

("Kogan") and JPMorgan Chase Bank ("Chase") for use in an action pending in the High Court

of Justice, Queens Bench Division, Commercial Court, styled *Michael Cherney v. Oleg

Vladimirovich Deripaska* (the "Application"), and

**WHEREAS** Kogan and Chase do not oppose the Application,

**IT IS HEREBY STIPULATED AND AGREED** by and through the undersigned counsel

that there is no objection to the granting of an order pursuant to 28 U.S.C. § 1782 permitting counsel

for Deripaska to issue the subpoenas attached as Exhibits 1 and 2 pursuant to Fed. R. Civ. P. 45

commanding Chase to produce documents and Kogan to produce documents and provide deposition

testimony for use in the action entitled *Michael Cherney v. Oleg Vladimirovich Deripaska*, currently

pending in England before the High Court of Justice, Queens Bench Division, Commercial Court.

Chase and Kogan agree to produce the requested documents on or before August 19, 2011, and

Kogan agrees to make herself available for a deposition on or before August 22, 2011. The parties

agree to limit the deposition of Ms. Kogan to three hours, with reasonable time afforded to Mr.

Cherney for questioning Ms. Kogan.


Dated August 1, 2011

By: _____

Marc Greenwald
(marcgreenwald@quinnemanuel.com)
Frances Lewis
(franceslewis@quinnemanuel.com)
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

*Counsel for the Applicant Oleg Vladimirovich
Deripaska*


By: _____

Brian E. Maas
(bmaas@fkks.com)
Caren Lerner
(clerner@fkks.com)
Frankfurt Kurnit Klein & Selz PC
488 Madison Avenue
New York, NY 10022

*Counsel for Michael Cherney*


By: _____

James J. Coster
(jcoster@ssbb.com)
Joan Rosenstock
(jrosenstock@ssbb.com)
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169

*Counsel for Alexandra Kogan and JPMorgan
Chase Bank*


Dated:  Brooklyn, New York

    August __, 2011


**SO ORDERED**

_____
Honorable Eric N. Vitaliano
U.S. DISTRICT JUDGE
Eastern District of New York

2